UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 03, 2016
David J. Bradley, Clerk

| | |
|---|---|
| CHARLES EDWARD HUTCHINS, <br> *Petitioner,* <br><br> v. <br><br> LORIE DAVIS, <br> Director, Texas Department of Criminal Justice, Correctional Institutions Division, <br> *Respondent.* | § § § § § § § § § § |

CIVIL ACTION NO. 4:15-CV-03770

## Order of Adoption

On September 19, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 16). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed __November 3__, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge